Alice MILVY and Milton I. Milvy, as Trustees for Elizabeth Milvy, for and in behalf of and in the right of Associated Telephone & Telegraph Company, and on behalf of all stockholders similarly situated, Plaintiffs-Appellants,

v.

Arthur F. ADAMS et al., Defendants-Appellees.

No. 117, Docket 23251.

United States Court of Appeals, Second Circuit.

Argued Dec. 17, 1954.
Decided Dec. 17, 1954.

Alexander Kahan, New York City (Thomas Turner Cooke, New York City, of counsel), for appellants.

Robert M. Bozeman, New York City, Thomas R. Mulroy, Chicago, Ill. (James J. McClure, Jr., and Daniel Walker, Chicago, Ill., of counsel), for appellee Arthur F. Adams.

Cahill, Gordon, Reindel & Ohl, New York City (Hopkins, Sutter, Halls, Owen & Mulroy, Chicago, Ill., of counsel), for appellee Associated Tel. & Tel. Co.

Before FRANKFURTER, Circuit Justice, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Action, D.C., 16 F.R.D. 105, remanded in open court with leave to amend the complaint. Action consolidated with another case bearing the same title under docket No. 9660 in the court below.

John H. LEE, Petitioner, Appellant,

v.

William C. KINDELAN, Warden, Rhode Island State Prison, Respondent, Appellee.

No. 4883.

United States Court of Appeals, First Circuit.

Dec. 30, 1954.

John H. Lee, pro se.

Alfred E. Motta, Special Counsel, Providence, R. I., with whom William E. Powers, Atty. Gen., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

This is an appeal from an order of the District Court of the United States for the District of Rhode Island entered July 30, 1954, denying and dismissing the application of the petitioner for a writ of habeas corpus.

The order of the district court is affirmed upon its opinion, Ex Parte Lee, D. C., 123 F.Supp. 439. See Lee v. Kindelan, 1953, 80 R.I. 212, 95 A.2d 51.